IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KATHLEEN HAMMETT,

    Plaintiff,

v.                                                                 Civ. No. 18-958 RB/SCY

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC., et al.,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on January 22, 2019, the Court reviewed the Joint Status Report and Provisional Discovery Plan (Doc. 15), filed on January 17, 2019, and adopted it as modified by the dates provided in the Court's Scheduling Order filed concurrently with this Order.

*Steve Yarbrough*

UNITED STATES MAGISTRATE JUDGE